IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AD LAND MANAGEMENT, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-00335-ALM |
| | § | |
| NATIONWIDE MUTUAL FIRE | § | |
| INSURANCE COMPANY. | § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Ad Land Management, LLC and Defendant Nationwide Mutual Fire Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

SIGNED this 12th day of January, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE